UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SENATOR INTERNATIONAL, <br><br> Plaintiff, <br><br> v. <br><br> E&L TRANSPORTATION AND WAREHOUSING, INC., et als. <br><br> Defendants. | Civil Action No. 09-6178 (PGS) <br><br> **ORDER** |

A Report and Recommendation was filed on July 28, 2010 recommending that this Court grant Defendant E&L Transportation and Warehousing Inc.'s Motion to Dismiss due to lack of subject-matter jurisdiction and lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(2). (docket entry 16). The parties were given notice that they had until August 11, 2010 to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation _de novo_, and good cause appearing;

It is, on this 21st day of September, 2010,

**ORDERED** that the Report and Recommendation of Magistrate Judge Esther Salas at docket entry 25 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that Defendant E&L Transportation and Warehousing Inc.'s Motion to Dismiss due to lack of subject-matter jurisdiction and lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(2) is granted without prejudice; and it is further

**ORDERED** that any party may apply for a transfer of the case within thirty (30) days.

_____
HON. PETER G. SHERIDAN, U.S.D.J.

September 21, 2010